ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

JAMES E. JAIRELL

**SUMMONS IN A CRIMINAL CASE**

Case Number: 1:06-cr-00003-02-JWS-PMP

⏷⏷ ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| U.S. Courthouse<br>709 West 9th Avenue, Ninth Floor<br>Juneau, Alaska. | 6 |
| Before: Magistrate Judge Philip M. Pallenberg | Date and Time<br>9/21/2006 at 11:30 a.m. |

To answer a(n)
[XX] Indictment   [] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

Brief description of offense:
18:371, 2 - CONSPIRACY - Count 1
16:3372(a)(2)(A), 3373(d)(1)(B), 18:2 - WILDLIFE TRAFFICKING - Counts 2-5
16:3372(d)(2), 3373(d)(3)(A)(ii), 18:2 - FALSE STATEMENT CONCERNING
WILDLIFE - Counts 6-13

Ida Romack, Clerk of Court
Signature of Issuing Officer

July 21, 2006 at Anchorage, Alaska
Date and Location

by    **redacted signature**    Deputy Clerk
Nan                             Issuing Officer

NOTICE: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

**RETURN OF SERVICE**

Service was made by me on:[1]    _Special Agent G._____    _8-24-06_

                                                        Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:_ _____

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person ᴏ suitable
age and discretion then residing therein and mailed a copy of the summons to the defendant's last
known address.  Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____
_____
_____
_____

I declare under penalty of perjury under the laws of the United States of America that the
foregoing information contained in the Return of Service is true and correct.

Returned on:_____    _Randy M Johnson_____
            Date                        Name of United States Marshal

                                        _____
                                        (by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.