Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Jairell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 1:06-cr-00003-02-JWS-PMP |
| ) | |
| Plaintiff, ) | |
| ) | **ENTRY OF APPEARANCE** |
| ) | |
| JAMES E. JAIRELL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

  Comes now Kevin T. Fitzgerald, and enters his appearance of record on behalf of the defendant in the above-captioned action, and requests that future copies of all correspondence and pleadings be served upon him at Ingaldson, Maassen & Fitzgerald, P.C., 813 West Third Avenue, Anchorage, Alaska 99501.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-02-JWS-PMP
Entry

Page 1 of 2

Dated at Anchorage, Alaska September 25, 2006.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com


**CERTIFICATE OF SERVICE**

I hereby certify that on 9/25/06,
a copy of the foregoing Entry
was served electronically on:

Robert S. Anderson, Senior Trial Attorney
Steven Skrocki, AUSA

 s/Kevin T. Fitzgerald
F:\W\3079-1\Pleadings\Entry.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-02-JWS-PMP
Entry