MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs JAMES E. JAIRELL   CASE NO. 1:06-cr-0003-02JWS-PMP
Defendant: X  Present    X On Summons

BEFORE THE HONORABLE     PHILIP M. PALLENBERG

DEPUTY CLERK/RECORDER:   SUSAN EVANS

UNITED STATES ATTORNEY:  ROBERT ANDERSON

DEFENDANT'S ATTORNEY:    CARMEN CLARK*

FEDERAL PUBLIC DEFENDER: SUE ELLEN TATTER*

U.S.P.O.:                PAULA McCORMICK*
X  Telephonic Appearance

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT   HELD: SEPT. 21, 2006 at 11:30 a.m.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 11:42 a.m. court convened.

X Copy of Ind given to defendant: (waived reading).

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name: JAMES E. JAIRELL   Age: 46

X PLEA(S) Not Guilty to Counts 1,2,3,4,5 6,7,8,9,10,11,12 and 13.

X Pretrial motions due **October 6, 2006.**

X Counsel advised of trial date: **Pretrial Conference set for November 6, 2006 at 8:30 a.m. Trial set for November 6, 2006 at 9:00 a.m.**

X ORDER SETTING CONDITIONS OF RELEASE FILED.

X OTHER: FEDERAL PUBLIC DEFENDER **DENIED.**


Adjourned at 12:08 p.m.


DATE: 9-21-06     DEPUTY CLERK'S INITIALS:   SE