RECEIVED

SEP 2 1 2006

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

No. 1115
DATE 10/26 19 06
RECEIVED FROM James Emery Jairell
ADDRESS 27 Stanke
Laremic, WY 82070
FOR Passport # 075207896
DOLLARS $ xxx
received 9/21/06
BY Susan E.