NELSON P. COHEN
United States Attorney

ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-cr-00003-JWS-PMP |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | GOVERNMENT'S NON- |
| vs. ) | OPPOSED MOTION TO |
| ) | CONTINUE MOTIONS |
| ) | DEADLINE AND TRIAL |
| ALAN J. VEYS and ) | |
| JAMES E. JAIRELL, ) | |
| ) | |
| Defendants. ) | |
| ) | *Filed on shortened time* |
| ) | |

COMES NOW the Plaintiff, United States of America, by and through

undersigned counsel, and respectfully requests that the Court extend the current pre-trial

motions deadline to January 19, 2007, and continue the current trial setting to a date no earlier than March 5, 2007, to provide the parties time to investigate and, if necessary, litigate certain factual and legal issues that have recently arisen in the case. Both defense counsel agree to continuing the motions deadline for 30 days. Counsel for defendant JAIRELL agrees to the trial continuance requested herein; counsel for defendant VEYS agrees that a trial continuance is appropriate, but would prefer a continuance of approximately 30 days from the current trial setting.

## I. CURRENT STATUS OF THE MATTER

The indictment in this matter was returned on July 19, 2006. Both defendants are named in Count 1 (Conspiracy) and Counts 2-5 (Lacey Act trafficking). Defendant JAIRELL is also named in Counts 6-13 (Lacey Act false labeling). Count 14 is a forfeiture allegation aimed at a vessel owned by defendant VEYS.

Both defendants were summonsed and arraigned before Magistrate Pallenberg on September 21, 2006. This was their first appearance in Court on this case; both were released on bail and neither defendant has been incarcerated in connection with this matter.

Both defendants requested discovery and the government has produced over 7,000 pages of documents and photographs to the defendants. The government has requested, but not yet received, any reciprocal discovery materials from either defendant.

No pre-trial motions have yet been filed; the current deadline is December 20, 2006. (See Docket Nos. 23, 24.)

As of the date of this filing, the government calculates that 15 non-excludable days have elapsed on the speedy trial clock, and the Court's Order of October 10, 2006 excluded all remaining time until the current trial setting date from speedy trial calculation. (Docket No. 17.)

## II.  **FACTUAL GROUNDS FOR THE REQUESTED EXTENSION**

Government counsel Anderson met in late November with counsel for defendant Veys (Mr. Cole), who asserted that the authorship of signatures and entries on certain documents relevant to this case, including guide application documents, might be questionable.  The authorship of these entries will likely be relevant to the jury in determining culpability for some of the crimes charged in the indictment   Mr. Cole suggested that he would likely call a defense expert on this issue to testify at the trial, though the government has not received any identification of this person or documents supporting any opinions or analysis s/he might provide.  After the meeting, government counsel Anderson reviewed additional documents and agreed that analysis of the authorship of certain entries by qualified experts was appropriate.  Government counsel Anderson then requested both defendants to voluntarily provide handwriting exemplars.  Defendant Veys has agreed to do so, and his exemplars will be taken during the week of December 18.  Defendant Jairell is unwilling to provide voluntary exemplars, so the

government will file a motion to compel exemplars today. Even a speedy approval of this motion will likely result in the taking of defendant Jairell's exemplars no earlier than late December. Government counsel has been informed by the Chief of the U.S. Secret Service's Questioned Documents Branch that if the exemplars and original questioned documents are received by that office no later than December 29, a report of analysis could be produced by mid-January. Following receipt of the reports, government counsel would immediately provide the report to defense counsel, after which the parties could discus the results and determine whether to stipulate, litigate or capitulate.

Given the parties' agreement that additional time is needed to collect and examine evidence in this area in order to prepare effectively for trial, the government respectfully requests that the Court extend the pre-trial motions deadline to January 19, 2007 and reset the trial date for early March 2007.

### III. SPEEDY TRIAL ISSUES

The Speedy Trial Act specifically authorizes the exclusion of a reasonable amount of time necessary for either side to effectively prepare for trial, taking into account due diligence. The handwriting issue mentioned above arose recently and the government will work as speedily as possible to collect exemplars, have them analyzed by a competent forensic expert and produce the results to defense counsel.

The government has filed with this motion a proposed order which includes specific ends-of-justice findings required by the Speedy Trial act to justifying exclusion

of the delay contemplated herein from speedy trial considerations.

### IV.  CONCLUSION

For the reasons stated herein, the government requests that the Court extend the pre-trial motions deadline to January 19, 2007, and reset the trial of this case to occur in early March 2007.

RESPECTFULLY SUBMITTED this 11[h] day of December , 2006.

 /s Robert S. Anderson
ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

 s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
#0108051

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2006,
a copy of the foregoing GOVERNMENT'S NON-OPPOSED
MOTION TO CONTINUE MOTIONS DEADLINE AND TRIAL
was served electronically on Brent Cole
and Kevin Fitzgerald.

s/ Steven E. Skrocki