IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALAN J. VEYS and<br>JAMES E. JAIRELL,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)   Case No. 1:06-cr-00003-JWS-PMP<br>)<br>)   [PROPOSED] REVISED ORDER<br>)   FOR PROGRESSION OF A<br>)   CRIMINAL CASE as to Alan J.<br>)   Veys, James E. Jairell<br>)<br>)<br>) |

On December 11, 2006, the government filed a non-opposed motion seeking a continuance of the pre-trial motions deadline and trial date in this matter. Having read and considered motion,

IT IS HEREBY ORDERED:

　　a.　The prior deadline of December 20, 2006 for pre-trial motions is VACATED. Pre-trial motions in this matter shall be filed on or before January 19, 2007.

　　b.　The trial setting of January 8, 2007 is VACATED. Briefs, proposed voir dire questions and proposed jury instructions shall be filed on or before February 26, 2007. Joint trial by jury of the defendants in this case will begin on March 5, 2007 at 9:00 a.m. in Juneau Courtroom 1. A final pre-trial conference shall take place on March 5, 20007 at 8:30 a.m. in Juneau Courtroom 1.

　　IT IS FURTHER ORDERED that the time between the filing date of government's motion to continue and this ORDER shall be excluded from computation under Section 18

U.S.C. § 3161(h)(1)(F) of the Speedy Trial Act due to delay resulting from the consideration, and prompt disposition of, the motion.

IT IS FURTHER ORDERED that the time between the date of this ORDER and the trial date set herein shall be excluded from computation under the Speedy Trial Act, for the following reasons:

a. pursuant to Section 18 U.S.C. § 3161(h)(1)(F) due to delay resulting from the consideration of pre-trial motions which may be filed on or before the new deadline set above, through the conclusion of the hearing on, or other prompt disposition of, such motions; and

b. pursuant to Section 18 U.S.C. § 3161(h)(8)(A)(iv) on the grounds that the interests of justice served by allowing counsel for the parties additional time to investigate and prepare for trial of this case, as they have requested, outweigh the best interests of the public in a speedy trial, especially in light of the fact that the defendants have assented to, and joined in, the requested this continuance and they are not in custody.  The Court finds, based on the information contained in the government's motion, that failure to continue this matter as requested would deny counsel for the parties reasonable time necessary for effective preparation of witness testimony for trial of this case, taking into account the exercise of due diligence.

DATED:_____                    _____
                                          JOHN W. SEDWICK
                                          U. S. DISTRICT COURT JUDGE