NELSON P. COHEN
United States Attorney

ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00003-JWS-PMP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | GOVERNMENT'S MOTION TO |
| vs. | ) | COMPEL THE PROVISION OF |
| | ) | HANDWRITING EXEMPLARS |
| ALAN J. VEYS and | ) | FROM DEFENDANT JAIRELL |
| JAMES E. JAIRELL, | ) | |
| | ) | |
| Defendants. | ) | *Filed on shortened time* |
| | ) | |
| | ) | |

COMES NOW the Plaintiff, United States of America, by and through

undersigned counsel, and respectfully moves the Court for an order directing defendant

JAMES E. JAIRELL to furnish exemplars of his handwriting to agents of the U.S. Fish

and Wildlife Service and/or U.S. Secret Service, at a time and place convenient to both

parties, within 10 days of the Court's Order,  for comparisons with questioned

handwriting to be used during the trial of this case.  Specifically, the exemplars will be

used to determine whether defendant JAIRELL is the author of entries and signatures on

residency and hunting experience affidavits submitted to the State of Alaska's Division of

Occupational Licensing, bear sealing forms submitted to the State of Alaska Department

of Fish and Game, letters and Small Vessel Sea Service forms submitted to the U.S. Coast

Guard, and other documents.  Counsel for defendant VEYS has informed government

counsel that the defense may argue at trial that certain signatures and entries on the

documents noted above, purporting to be authored by VEYS or JAIRELL were forged or

fraudulent.[1]  Authorship of these entries is relevant to factual issues in the case, including

the defendants' culpability and mental state.

Defendant JAIRELL has refused the government's request that he voluntarily

provide handwriting exemplars.  Therefore, the government seeks an order compelling

defendant JAIRELL to provide handwriting exemplars soon, so that they may be

examined by a qualified expert whom the government would call to testify at the trial of

this case, if necessary.

---

[1]   Defendant Veys has not yet provided any expert disclosures to date on this issue.

**ARGUMENT**

The Court should compel defendant JAIRELL to produce handwriting exemplars

because there is no privilege that allows a defendant to resist providing such information

to the government.  It is well established that compelling a handwriting exemplar is

neither a search or seizure subject to Fourth Amendment protections, United States v.

Mara, 410 U.S. 19 (1973), nor testimonial evidence protected by the Fifth Amendment

privilege against self incrimination. Gilbert v. California, 388 U.S. 263 (1967);  United

States v. Euge, 444 U.S. at 718; United States v. Pheaster, 544 F. 2d 353, 371-72 (9th Cir.

1976).  Compelling an exemplar does not compel a person to testify against himself

because the exemplar is not a communication elicited for its incriminating content, but it

is rather properly compelled for an aspect of physical identification, like a defendant's

voice or physical characteristics.  United States v. Wade, 388 U.S. 218,  222-23 (1967);

Gilbert 388 U.S. at 266-67; Pheaster, 544 F.2d at 372.   The lack of a reasonable

expectation of privacy in physical characteristics constantly exposed to the public,

obviates any legitimate Fourth Amendment obstacle to the compulsory production of such

characteristics.  *Mara*, 410 U.S. at 21-22.  Therefore, the compulsory production of

handwriting does not violate the Fourth or Fifth Amendment, and the government

requests that the Court compel defendant JAIRELL to produce exemplars no later than

ten days following the issuance of the Court's Order, at a place and time convenient to

both parties.

RESPECTFULLY SUBMITTED this 11[h] day of December , 2006.

  /s Robert S. Anderson
ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

  s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
#0108051

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2006,
a copy of the foregoing GOVERNMENT'S MOTION
TO COMPEL THE PROVISION OF HANDWRITING
EXEMPLARS FROM DEFENDANT JAIRELL
was served electronically on Brent Cole
and Kevin Fitzgerald.

s/ Steven E. Skrocki