IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00003-JWS-PMP |
| Plaintiff, | ) | |
| | ) | |
| | ) | [PROPOSED] ORDER |
| vs. | ) | COMPELLING DEFENDANT |
| | ) | JAIRELL TO PROVIDE |
| ALAN J. VEYS and | ) | HANDWRITING EXEMPLARS |
| JAMES E. JAIRELL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On December 11, 2006, the government filed a motion seeking an Order compelling defendant JAIRELL to provide a handwriting exemplar in order to allow expert analysis of the authorship of certain entries and signatures on documents which the government contends will be relevant to issues in conflict at the trial of this case. Having read considered the motion and the reasons and legal authority stated therefore, IT IS HEREBY ORDERED:

That defendant JAMES E. JAIRELL shall provide handwriting exemplars to a representative of the U.S. Fish and Wildlife Service or U.S. Secret Service, within 10 days following the issuance of this order, at a place and time to be determined by the parties.

DATED:_____                    _____
                                          JOHN W. SEDWICK
                                          U. S. DISTRICT COURT JUDGE