MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *ALAN J. VEYS, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO.  1:06-cr-00003-JWS

PROCEEDINGS:   <u>**AMENDED** ORDER FROM CHAMBERS</u>   December 14, 2006

      The order at docket 29 incorrectly stated the hearing on the motion to continue the trial at docket 25 would be held on December 26, 2007, at 9:00 a.m.  The hearing will be held on **December 26, 200<u>6</u>**, at **9:00 a.m.** in **Anchorage**.  Information regarding pre-trial preparations should be available by **December 26, 200<u>6.</u>**