Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750-(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Jairell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> JAMES E. JAIRELL, ) <br> ) <br> Defendant. ) <br> _____) | No. 1:06-cr-00003-02-JWS-PMP <br><br> **NON-OPPOSITION TO GOVERNMENT'S MOTION TO TRANSFER TRIAL VENUE FROM JUNEAU TO ANCHORAGE** |

Comes now defendant, James E. Jairell, by and through undersigned counsel, and gives his non-opposition to the Government's Motion to Transfer Trial Venue From Juneau to Anchorage.

Dated at Anchorage, Alaska December 20, 2006.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant

s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-02-JWS-PMP
Non-Opposition
Page 1 of 2

**CERTIFICATE OF SERVICE**

```
I hereby certify that on 12/20/06,
a copy of the foregoing Non-Opposition
was served electronically on:

Robert S. Anderson, Senior Trial Attorney
Steven Skrocki, AUSA

 s/Kevin T. Fitzgerald
F:\W\3079-1\Pleadings\Non-Opp to Trial Venue.doc
```

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-02-JWS-PMP
Non-Opposition