IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | Case No. 1:06-cr-00003-JWS-PMP |
| ) | |
| Plaintiff,     ) | |
| ) | |
| ) | ORDER GRANTING LEAVE TO |
| vs.     ) | APPEAR TELEPHONICALLY |
| ) | |
| ALAN J. VEYS and     ) | |
| JAMES E. JAIRELL,     ) | |
| ) | |
| Defendants.     ) | |
| _____     ) | |

On December 20, 2006, the government filed non-opposed motions seeking permission for government counsel Robert Anderson to appear by telephone from his office in Montana at the hearing in this case scheduled for December 26, 2006 at 9:00 a.m. Having read and considered the motion, and noting the non-opposition of defense counsel to the request,

IT IS HEREBY ORDERED:

That government counsel Anderson be shall be permitted to appear by telephone at the hearing on December 26, 2006 at 9:00 a.m. or such later date and time set for the hearing by the Court.

DATED this 21st day of December, 2006, at Anchorage, Alaska.

  /s/ JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE