Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Jairell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:06-cr-00003-02-JWS-PMP |
| Plaintiff, ) | |
| ) | |
| ) | **AFFIDAVIT OF CARMEN E. CLARK** |
| ) | |
| JAMES E. JAIRELL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

STATE OF ALASKA          )
                         )ss.
THIRD JUDICIAL DISTRICT  )

  CARMEN E. CLARK, being first duly sworn, deposes and states as follows:

  1. I am an attorney with Ingaldson, Maassen & Fitzgerald, P.C.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-02-JWS-PMP
Affidavit

2. I have previously appeared on behalf of the firm at the U.S. Attorney's Office with a client to provide handwriting exemplars.

3. The process which involved a simple exemplar to examine handwriting on a ticket, took more than three hours. The government agent did not like to take breaks, would not allow beverages or snacks.

4. Had the matter involved a more complex analysis it would have been even more time consuming because the agent told me that 26 copies are the minimum he required to make a valid determination. I don't know if that's true for all analyzers, but it seems likely that if Jairell is required to produce exemplars it will be a lengthy, inconvenient and uncomfortable procedure.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
CARMEN E. CLARK

SUBSCRIBED AND SWORN to before me this 21st day of December, 2006.

_____
Notary Public for Alaska
My Commission Expires: 9/5/09

I hereby certify that on 12/21/06, a copy of the foregoing Affidavit

USA v. Jairell
No. 1:06-cr-00003-02-JWS-PMP
Affidavit

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

was served electronically on:

Robert S. Anderson, Senior Trial Attorney
Steven Skrocki, AUSA

s/Kevin T. Fitzgerald
F:\W\3079-1\Pleadings\Clark Affidavit.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-02-JWS-PMP
Affidavit

Page 3 of 3