NELSON P. COHEN
United States Attorney

ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ALAN J. VEYS and<br>JAMES E. JAIRELL,<br><br>　　　　　　Defendants. | ) Case No. 1:06-cr-00003-JWS-PMP<br>)<br>)<br>)<br>)<br>) **GOVERNMENT'S NOTICE**<br>) **REGARDING PRODUCTION**<br>) **OF DOCUMENTS AND**<br>) **HANDWRITING**<br>)<br>)<br>)<br>)<br>) |

COMES NOW the Plaintiff, United States of America, by and through

undersigned counsel, and notifies the Court and parties of the following, on information

and belief:

    1. The State of Alaska James Jairell guide license file and Alan Veys/Pybus Point transporter files, which were the subject of a production dispute between defendants VEYS and JAIRELL (Documents 40, 41, 43, 45, 46, 47, 50, 51, 52, 57 and 61) and the Court's Orders of January 9 and 12, 2007 (Documents 59, 62 ), were sent via overnight mail by the State Office of Occupational Licensing in Juneau, Alaska to defendant VEYS's document examiner, Mr. Moore, in California on January 12, 2007. The United States Fish and Wildlife Service ("USFWS") sent the original handwriting exemplar provided by defendant VEYS on December 23, 2006 to Mr. Moore by overnight mail from Juneau on January 12, 2007. These documents are presumably now being analyzed by Mr. Moore. When Mr. Moore ships these documents back to the USFWS in Juneau, it will immediately send them to the U.S. Secret Service Forensic Services Division, Questioned Documents Branch in Washington, D.C., for analysis. The government does not yet know which individual forensic examiner the Service will assign to these materials, but will produce the examiner's resume and report of analysis to both defendants as soon as the government receives them.

    2. The original U.S. Coast Guard file which is presently the subject of a production dispute between defendants VEYS and JAIRELL (Documents 55, 56, 57, 63) was turned over to the USFWS by the U.S. Coast Guard on January 11, 2007. The USFWS sent the originals of the two questioned documents in the file (see Document 55,

Exhibit A), with a chain of custody form, via overnight mail from Juneau to Mr. Moore in California on January 12, 2007, for analysis. The government expects Mr. Moore will send these documents to the USFWS in Juneau along with the state files, upon completion of his analysis, at which point the USFWS will send them on to the U.S. Secret Service for analysis, as described above.

     3.  The government and defendant JAIRELL have agreed that he will provide a handwriting exemplar in the presence of the USFWS agent in Casper, Wyoming on Monday, January 22, 2007. The USFWS will immediately send this exemplar by overnight mail to Mr. Moore for inclusion in his analysis and expect to receive them back from him with the other documents as soon as his analysis is completed.

     4.  Based on the foregoing, defendant VEYS's Second Motion For Production Of Documents appears moot, inasmuch as it seeks production of documents the Coast Guard has already provided to the USFWS and which are now in Mr. Moore's possession.

     5.  Trial is set for March 5, 2007, less than seven weeks from now. Based on the cooperation of the parties thus far, Government counsel believes that if Mr. Moore can complete his analysis and return the files and exemplars described herein to the USFWS in Juneau no later than Thursday, February 1, 2007, subsequent analysis of these

// //

// //

documents by the U.S. Secret Service may be possible in time to avoid the need to request continuance of the trial beyond its present setting.

    RESPECTFULLY SUBMITTED this 18th day of January, 2007.

    s/ Robert S. Anderson
ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

    s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
#0108051

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2007
a copy of the foregoing was served
electronically on: Brent R. Cole, Allen F. Clendaniel,
and Kevin Fitzgerald.


s/ Steven E. Skrocki