NELSON P. COHEN
United States Attorney

WAYNE D. HETTENBACH
Trial Attorney
United States Department of Justice,
Environment and Natural Resources Division
P O Box 23985
Washington, DC 20026-3985
Phone: (202) 305-00213
Fax: (202) 514-8164
Email: wayne.hettenbach@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00003-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| vs. | ) | |
| | ) | |
| ALAN J. VEYS and | ) | |
| JAMES E. JAIRELL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    COMES NOW, Wayne D. Hettenbach, Trial Attorney, United States Department of Justice, Environment and Natural Resources Division, Environmental Crimes Section, and hereby enters his appearance on behalf of the Plaintiff, United States of America.

All pleadings served should be addressed:

| BY U.S. MAIL TO: | BY OVERNIGHT DELIVERY TO: |
|---|---|
| Wayne D. Hettenbach, Trial Attorney, United States Department of Justice, Environment and Natural Resources Division, P.O. Box 23985 Washington, DC 20026-3985 | Wayne D. Hettenbach, Trial Attorney, United States Department of Justice, Environment and Natural Resources Division, Environmental Crimes Section 601 D Street, N.W., Room 2300 Washington, DC 20004 tel: 202-305-0213 fax: 202-5148164 |

RESPECTFULLY SUBMITTED this 7th day of February, 2007.

 s/ Wayne D. Hettenbach
Wayne D. Hettenbach, Trial Attorney,
United States Department of Justice,
Environment and Natural Resources Division,
P.O. Box 23985
Washington, DC 20026-3985
tel: 202-305-0213
fax: 202-5148164
email: wayne.hettenbach@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2007
a copy of the foregoing Notice of
Appearance was served electronically on:
Brent R. Cole, Allen F. Clendaniel,
and Kevin Fitzgerald.

s/ Wayne D. Hettenbach