Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Jairell


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:06-cr-00003-HRH |
| Plaintiff, ) | |
| ) | |
| ) | **NOTICE OF INTENT TO CHANGE PLEA** |
| ) | |
| JAMES E. JAIRELL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

COMES NOW defendant, James E. Jairell, by and through counsel, Ingaldson, Maassen & Fitzgerald, P.C., and gives notice to this court of his intent to change his plea to Counts 1 and 9 of the Indictment filed herein.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-HRH
Notice

Defendant Jairell requests two weeks' notice of the change of plea date so as to coordinate his travel as inexpensively as possible.

Dated at Anchorage, Alaska February 21, 2007.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 2/22/07,
a copy of the foregoing Notice
was served electronically on:

Robert S. Anderson, Senior Trial Attorney
Steven Skrocki, AUSA
Wayne D. Hettenbach, Trial Attorney

 s/Kevin T. Fitzgerald
F:\W\3079-1\Pleadings\Nts of Intent to Change Plea.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-
8751

USA v. Jairell
No. 1:06-cr-00003-HRH
Notice