MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs   JAMES E. JAIRELL   CASE NO. 1:06-CR-00003-02-HRH
Defendant: _X_ Present   _X_ On Bond

BEFORE THE HONORABLE       H. RUSSEL HOLLAND

DEPUTY CLERK/RECORDER:     CAROLINE EDMISTON

UNITED STATES ATTORNEY:    STEVE SKROCKI

DEFENDANT'S ATTORNEY:      KEVIN FITZGERALD

U.S.P.O.:                  PAMELA SHAW

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING Held 03/07/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:58 a.m. court convened.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant states true name: Same as above   Age: 47

_X_ Defendant changed pleas to guilty on Counts 1 and 9 of the Indictment. Counts 2, 3, 4, 5, 6, 7, 8, 10, 11, 12 and 13 of the Indictment to be dismissed at Imposition of Sentence.

_X_ Court accepted pleas; Referred to P.O. for presentence report.

_X_ Imposition of Sentence set for **June 15, 2007 at 9:00 a.m.**

_X_ Defendant's conditions of release remain as previously set.

_X_ OTHER: Court and counsel heard re plea agreement.

At 11:27 a.m. court adjourned.

DATE:   March 7, 2007        DEPUTY CLERK'S INITIALS:   Ce