Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Jairell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff, <br><br> JAMES E. JAIRELL, <br>         Defendant. | No. 1:06-cr-00003-HRH <br><br> **DEFENDANT JAIRELL'S UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE SENTENCING TO WEEK OF <u>JULY 9, 2007</u>** |

Comes now defendant, James E. Jairell, by and through undersigned counsel, and respectfully requests that this court issue an order vacating the current sentencing hearing set to occur before the Honorable H. Russel Holland on June 15, 2007, along with filing deadlines associated therewith, and continue the hearing to a time convenient for the court's calendar during the week of July 9, 2007.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-HRH
Unopposed Motion

Undersigned has spoken with AUSA Steve Skrocki, who does not oppose this request.

Counsel for defendant will be having knee(s) surgery approximately June 13, 2007, and will not be mobile for several weeks thereafter. The defendant has noted several objections to the draft Pre-Sentence Report which may require witness testimony at the hearing. The defendant is free on bond and the parties discern no prejudice to him accruing from the continuance requested herein. For all of these reasons, Mr. Jairell requests, and the government does not oppose, that the sentencing hearing be continued to the week of July 9, 2007.

Dated at Anchorage, Alaska May 31, 2007.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-HRH
Unopposed Motion

Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on 5/31/07,
a copy of the foregoing Unopposed Motion
was served electronically on:

Robert S. Anderson, Senior Trial Attorney
Steven Skrocki, AUSA
Wayne D. Hettenbach, Trial Attorney

s/Kevin T. Fitzgerald
F:\W\3079-1\Pleadings\Unopposed Motion.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-HRH
Unopposed Motion

Page 3 of 3