Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Jairell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> ) <br> JAMES E. JAIRELL, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:06-cr-00003-HRH <br><br> **[proposed] ORDER GRANTING DEFENDANT JAIRELL'S UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE SENTENCING TO WEEK OF <u>JULY 9, 2007</u>** |

On May 31, 2007, the defendant filed a non-opposed motion seeking a continuance of the sentencing hearing in this matter from the current date of June 15, 2007, to the week of July 9, 2007. Having read and considered the unopposed motion,

IT IS HEREBY ORDERED that the sentencing hearing in this matter is continued to July _____, 2007, at _____ o'clock ____.m. before the

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-HRH
Order

Page 1 of 2

undersigned in Courtroom _____. Sentencing memoranda must be filed on or before July _____, 2007.

        DATED:_____

                          _____
                          H. RUSSEL HOLLAND
                          U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 5/31/07,
a copy of the foregoing Unopposed Motion
was served electronically on:

Robert S. Anderson, Senior Trial Attorney
Steven Skrocki, AUSA
Wayne D. Hettenbach, Trial Attorney

s/Kevin T. Fitzgerald
F:\W\3079-1\Pleadings\Order to Continue Sentencing.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-HRH
Order