- 1 -

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>       v.  <u>ALAN J. VEYS, et al.</u>

THE HONORABLE H. RUSSEL HOLLAND    CASE NO.  <u>1:06-cr-0003-HRH</u>

This Minute Order Pertains to:    <u>James E. JAIRELL (D-02)</u>

<u>Deputy Clerk</u>              <u>Official Recorder</u>
_____       _____

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

On May 31, 2007, defendant Jairell filed a non-opposed motion seeking a continuance of the sentencing hearing in this matter from the current date of June 15, 2007, to the week of July 9, 2007. (Docket No. 107.) Having read and considered the unopposed motion,

IT IS HEREBY ORDERED that the sentencing hearing in this matter is continued to July 11, 2007, at 9:00 a.m., before the undersigned in Courtroom [TBA], Anchorage, Alaska. Sentencing memoranda must be filed on or before July 5, 2007.