RICHARD M. SAMUEL
2230 S. 7TH AVENUE
NORTH RIVERSIDE, IL 60546
708-447-3461

MAY 25, 2007

HONORABLE JUDGE H. RUSSEL HOLLAND
ANCHORAGE, ALASKA

    This letter is offered for your consideration with the hope that it will serve as a testimonial to the good character and reputation of my friend, James E. Jairell, of Laramie, Wyoming.

    I served 30+ years with the River Forest (Chicago suburb), Illinois police department, and retired as Chief of Police. I hold a B.S. degree in Criminal Justice from Lewis University, and am a graduate of the FBI National Academy, 103rd Session. I met Jim Jairell in 1977 through his father-in-law, George Parker, who graduated with me from the FBI National Academy.

    My wife and I have vacationed in Wyoming for 30 years and have been guests in both Jim and George's homes, as they have been in ours many times. We have spent many memorable occasions with Jim and his family, including his wedding, birthdays, family dinners and other functions. Because of our joint love of the outdoors, Jim and I have shared many experiences such as camping, hiking, fishing, wild life photography, recreational target shooting and other related activities.

    Jim's foremost concern has always been for his wife and two daughters. He has traveled great distances on several occasions to remain gainfully employed in order to adequately provide for them. Jim has never smoked, used drugs or drank any alcoholic beverages. Jim is the kind of citizen that anyone would be glad to have as a friend and neighbor and I can vouch for his inclination to lend a helping hand whenever he sees a need.

    My wife and I are deeply concerned at this time about the present-day health of Jim and his family. Our apprehension increases when we consider the possible consequences for Jim's wife and daughters if he were confined in prison. Jim is not a threat to anyone. With my law enforcement background in the Chicago area, I feel his incarceration would serve no purpose and would only be an additional burden on our society.

    Considering how Jim and his family have suffered both devastating emotional and financial stress during the four years of this investigation, I respectfully suggest that no purpose would be served by incarcerating him. I believe that his return to his home in Laramie, Wyoming would be commensurate with the charges and verdict and that this decision and placement would not disrespect the court.

Thank you for your consideration.

Richard M. Samuel

Exhibit 1
Page 2 of 4 Pages

The Honorable Judge H. Russel Holland                    June 24, 2007
Anchorage, Ak.

Dear Judge Holland,

I am a retired Chief of Police from the City of Laramie, Wyoming with nearly 30 yrs of Law Enforcement Experience. I am a Graduate of the FBI National Academy and enjoy an exemplary reputation with Law Enforcement Officials in this region.

I have known Jim Jairell since 1977. He married my daughter in 1979 and is the father of two of my granddaughters. He has proven to be an excellent husband and father and has been an extremely hard worker and superior provider. From the time when I first met Jim, I was impressed with the fact that he did not then, and has never used alcohol, drugs, or tobacco products and has always provided an excellent role model for his wife, children and other family members.

Jim has always loved the outdoors and has been an avid hunter and fisherman every since I have known him. I personally have hunted with him on several occasions and noted that he was always very careful to be completely legal in his activities. When his medical conditions in the 1990's made it impractical for him to continue his profession he took the opportunity to go to Alaska and intended to become a resident and make a living for his family guiding and doing things that he loved.

I firmly believe that if you had the opportunity to get to know Jim you would concur with me that any incarceration of this individual would be totally counterproductive. I do not believe for a minute that he intentionally violated the law and I also believe that, if mistakes were made, that he and his family have suffered more than enough both financially and emotionally through this long and painful process.

Incarceration of this man would increase the hardship on his family and would, in my opinion, not advance any of the goals of the judicial system. I have always felt, as a Law Enforcement Professional, that the criminal justice system exists solely to protect and serve the public and I cannot imagine how that service and protection is enhanced in any manner by incarcerating Jim Jairell.

In conclusion, I would request that you strongly consider the history and background of Jim Jairell and resist the temptation to incarcerate him. I think that with his history as a good and productive citizen of this country he deserves the opportunity to move on from this unfortunate situation and continue with his life.

Thank you in advance for your consideration in this matter.

Respectfully Submitted
George J. Parker
Chief of Police (retired)

Exhibit 1
Page 3 of 4 Pages

Judge H. Russel Holland
Anchorage, AK

June 24, 2007

Honorable Holland,

I have known James E. Jairell since 1977. He married our daughter, Vicki, in 1979. I know that he is a devoted and loyal husband to our daughter. He has always provided a loving, safe, and christian home for his wife and two daughters. Jim spends quality time with his family, taking them hunting and fishing, playing board games, teaching his daughters some of his skills in home maintenance, attending their school functions and being a role model to them in total abstinence from drugs, alcohol, and tobacco. He has encouraged his daughters to become leaders and to get a full education.

Jim has always been employed and has an excellent financial record. He has donated to many charities and worked with young and handicapped people in different capacities. He shows respect to other people and is more than willing to help both physically and financially to those needing help.

In 1996 Jim was severely injured in a fall and in 1999 he had a minor stroke. He had always wanted to make his home in Alaska, and these two medical problems spurred him to act on his dream. As his daughters are still in school the whole family did not move to Alaska when Jim did, but planned to move there when the youngest daughter graduated from high school.

I honestly believe that Jim should not be incarcerated because since this investigation has been going on for over four years, it has already taken a toll on his, our daughter and our granddaughter's health. They have lost four years of their lives trying to cope and understand what has happened. I do not feel that incarceration should be necessary as rehabilitation or the public's safety do not appear to be factors in this situation. Jim and his family have already paid a huge price, mentally, physically, and financially since this began more than four years ago. To further burden our prison system does not appear to be necessary and I feel probation would satisfy any debt he may have.

I respectfully submit this information for the courts consideration.

Janice L. Parker
61 Mason Lane
Laramie, WY 82070

Exhibit 1
Page 4 of 4 Pages

**FINE HOMES | NETWORK**
NETWORK Real Estate

July 3, 2007

Honorable H. Russel Holland
U.S. District Court Judge
Anchorage, Alaska 99501

Re: USA v. Jairell
    Case 1:06-cr-00003-02-JWS-PMP

Dear Sir:

I have been made aware of the circumstances involving Jim Jairell and am writing on his behalf.

I met Jim approximately 10 years ago during my first visit to the Admiralty Island area of Alaska. I have fished and hunted for many years around the world. I hunted and fished with Jim on several occasions and found him to be of the highest character and ethics. I found him to be extremely experienced and specifically diligent in following all fish and game rules and guidelines during my time spent with him. To my knowledge he always had proper required documentation for our trips.

I hope this situation ends positively for Jim so that he will be able to move forward with his family and his life.

Sincerely,

*William Papola*

William Papola, Jr.
President/CEO
Network Real Estate

Vice Chairman
Community 1st Bank

Exhibit 1
Page 1 of 4 Pages




WEB: WWW.FINEHOMESNETWORK.COM • EMAIL: LUXURY@FINEHOMESNETWORK.COM