# GEM CITY BONE & JOINT

ROBERT J. CURNOW, M.D.
RICHARD B. SOUTHWELL, M.D.
MICHAEL WASSER, M.D.
LAWRENCE A. JENKINS, M.D.
THOMAS A. BIENZ, M.D.
JAY G. CARSON, M.D.

1909 VISTA DRIVE
LARAMIE, WYOMING 82070
(307) 745-8851  FAX (307) 742-0961

DANIEL E. LEVENE, M.D.
MICHAEL C. KAPLAN, M.D.
JOHN Z. EDWARDS, M.D.
RYAN A. AUKERMAN, M.D.
PHILLIP M. STEELE, M.D.

February 7, 2007

RE: Jairell, James

To Whom It May Concern:

Please note that James Jairell has been under my care for several orthopedic problems in the past that necessitate special accommodation as per my medical recommendation. Specifically, Jim has had a spinal fusion of his cervical spine and, in addition, he has sustained injuries to his lumbar spine, which have included a compression fracture of the thoracic spine at T8 in the past. Finally, he has a documented disc bulge herniation at the lumbar level at L4-5. Due to the orthopedic problems, I have recommended to Jim that he utilize a bed that folds to allow a flexed position of the knees and a partially flexed position of the hip. He, specifically, has been utilizing Craftmatic bed on my recommendation, and it is my continued recommendation that he utilize this device.

If further information is required in regards to his orthopedic condition and consequent requirements, do not hesitate to contact me.

Sincerely,

Richard B. Southwell, M.D.
RBS/pj

Exhibit 2
Page 1 of 2 Pages



# Intermountain Internal Medicine, P.C.

Kenneth L. Robertson, M.D., F.A.C.P.
W. Michael Comly, M.D.
Marten A. Carlson, M.D.

Lars Peterson, M.D.
Jill Lloyd, F.N.P.

SCANNED

February 7, 2007

RECEIVED
Ingaldson, Maassen & Fitzgerald, PC

FEB 8 2007

RE: James Jairell  DOB 11/16/1959

To Whom It May Concern:

File No. 3079-1  Cal:_____
Approved for File: KIF

I am writing this letter on behalf of Mr. Jairell at his request.

He has been a patient of mine for approximately seven years. He has a very extensive past medical history including asthma, severe obstructive sleep apnea, and probable interstitial lung disease, yet to be determined, as well as hypercholesterolemia, hypertension and an episode of transient global amnesia related to a possible cerebrovascular accident. He has also had multiple orthopedic surgeries. He is currently on several medications which include Zocor 20 mg daily, Diovan 160 mg daily, Singulair 10 mg daily, Serevent one inhalation b.i.d., and albuterol MDI as needed. He is also on continuous oxygen therapy as well as CPAP therapy at night for his sleep apnea. With respect to his medical conditions, any move from his usual surroundings could be detrimental to his overall health and well-being. I would ask that these conditions be taken under consideration when dealing with Mr. Jairell.

If you have any further questions or concerns, please contact my office.

Sincerely,

Marten A. Carlson, M.D.

Exhibit 2
Page 2 of 2 Pages

3116 Willett Drive     Laramie, Wyoming 82072     (307) 745-8800     FAX (307) 745-4150