# INGALDSON, MAASSEN & FITZGERALD, P.C.
*Lawyers*

*Peter J. Maassen*
*William H. Ingaldson*
*Kevin T. Fitzgerald*
*Stuart C. Rader*
*Jim M. Boardman*
*Carmen E. Clark*

813 West Third Avenue
Anchorage, Alaska 99501-2001
Telephone (907) 258-8750  Facsimile (907) 258-8751

February 16, 2007

TELECOPIED ONLY TO (406) 542-1476

Robert S. Anderson, Sr. Trial Attorney
United States Attorney's Office
105 E. Pine Street, Second Floor
P.O. Box 8329
Missoula, MT 59807

Re: USA v. Jairell
Our File No. 3079-1

Dear Bob:

Thanks for the revised plea agreement. I have reviewed it with my client, and offer the following limited edits. I have included the edits in the pages faxed back to you, but take this opportunity to explain more fully some of the edits.

Page 7: You have told me repeatedly that the government does not intend to pursue any further criminal charges against Jairell. Please insert the term "investigation" with charges to reflect this point.

Page 8: As I understand, no charges will be brought against Mandy Jairell, and a declination letter will be submitted for Terry N.

Page 12: Deleting the phrase "accompany anyone hunting, fishing, trapping or guiding." First, as a legal matter, I do not believe that a court could appropriately order that provision as a condition of supervision. Second, this provision puts Jim at some odds with his continuing obligations to the State of Alaska to manage hunting trips for handicapped children. Further, Jim has an interest in accompanying individuals for the purpose of filming their activities,



Exhibit 3
Page 1 of 2 Pages

Robert S. Anderson, Sr. Trial Attorney
February 16, 2007
Page 2

particularly as it relates to the salvage of animals. Apparently, he has already been involved in obtaining film for the purpose of providing information to the public, particularly those in the mid-west, relating to how to properly prepare game to prevent the spread of chronic wastings disease. He is also familiar, given his experience, that many people, including so-called experienced hunters and fishers, know little about the new science concerning preserving and salvaging game so as to prevent disease, spoliation, and waste.

Page 13: The edits to the factual basis are self-explanatory. For instance, I am told that Jairell was not in Petersburg, even Alaska, on June 21, but believes Dave Helmick probably presented the skull of the black bear. Nonetheless, Jim acknowledges authoring portions of the temporary bear sealing certificate.

Finally, I again encourage you to reconsider the market value calculation of 6 offense levels, as I do not believe that it accurately reflects the applicable law or facts. You have assured me that there will not be a disparity of treatment between Jairell and Veys on this point, a point underscored by my knowledge that a contemplated resolution for Veys includes a single misdemeanor, not felonies.

Very truly yours,

Kevin T. Fitzgerald

Enclosures

cc: Mr. James Jairell,
    with enclosures

F:\W\3079-1\CORRES\ANDERSON LTR 3.DOC

Exhibit 3
Page 2 of 2 Pages