Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Jairell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:06-cr-00003-HRH |
| Plaintiff, ) | |
| ) | |
| ) | **ERRATA TO SENTENCING MEMORANDUM** |
| ) | |
| JAMES E. JAIRELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Comes now defendant, James E. Jairell, by and through undersigned counsel, and gives notice of the filing of an additional exhibit in support of his July 6, 2007 Sentencing Memorandum – a letter from James Lakeman, a copy of which is attached hereto as Exhibit 4.

USA v. Jairell
No. 1:06-cr-00003-HRH
Errata

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
-99501-2001
(907) 258-8750
FAX: (907) 258-8751

Dated at Anchorage, Alaska July 9, 2007.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 7/9/07,
a copy of the foregoing Errata
was served electronically on:

Robert S. Anderson, Senior Trial Attorney
Steven Skrocki, AUSA
Wayne D. Hettenbach, Trial Attorney

 s/Kevin T. Fitzgerald
F:\W\3079-1\Pleadings\Errata to Sentencing Memorandum.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-HRH
Errata