

# Safari Club International - Georgia Chapter
1371 Willow Run
Greensboro, GA 30642
706 454-1701
E-mail: jlakeman@gasci.org

07/09/07

To Whom it May Concern:

I met Jim in 2003 when he visited our facility in Monroe Ga. He noted some hunting and fishing pictures on the wall.

I explained the Safari Wish program and that it was a program offering adventure to children with life-threatening illnesses. Without hesitation Jim offered the use of his facility in Kake, AK as an adventure to take some kids on a black bear hunt and fishing trip.

The first hunter chosen for the trip was a young man with brittle bone disease. Jim offered the use of his lodge, boats, fuel, fishing tackle, at no charge. To offset the cost of the trip Jim donated an additional hunt for 2 people to be sold at the fundraiser with the proceeds to be used to cover travel expenses for the children.

Each year Jim donated the use of his lodge and facilities with an additional donation to cover travel expenses. Last year he sold the lodge to another outfitter which included the cost of safari wish visiting the lodge for the next 5 years.

Jim's generous offer has benefited several children with a life threatening illness. Blake Parkerson, born with brittle bone disease, has never flown or traveled anywhere in his entire life.

Blake was told he would have to pass all his classes in order to qualify for the trip. Blake studied harder than ever had before to graduate high school. Blake's mother explained how her son would be denied every camp she applied to.

Prior to the trip Blake was lost. During the course of the trip Blake discovered how independent he can be. He began to dream about what he could do with his future.

The next year we took 3 boys with varying illnesses. Cory Smith had been undergoing treatment for an extremely rare blood disease. Eric Cory is the youngest person ever diagnosed with ALS, Lou Gehrig's disease. Cory Graham was in the final stages of leukemia..

Of the 3 children, Eric Cory went home to tell how important the wish trip to Alaska was for him. For Eric this was his first opportunity to travel anywhere without his parents. He had the opportunity to experience awesome adventure.

Cory Graham came home with his leukemia going into remission a few months later.

A NONPROFIT ORGANIZATION • DEDICATED TO CONSERVING WILDLIFE AND PRESERVING HUNTING

Exhibit 4
Page 1 of 2 Pages



# Safari Club International - Georgia Chapter
1371 Willow Run
Greensboro, GA 30642
706 454-1701
E-mail: jlakeman@gasci.org

Cory Smith returned home to Kansas telling anybody who would listen about his trip to Alaska. Cory died in November 2005. His Mother called me to tell me that as he lay in his bed dying she asked him if there was any wish he could have what would it be. His Mother did not hear the words I wish I had never contracted PNH. Among his last words to his mother Cory told her that he wished more kids could experience a trip to Alaska. His family will now hold an annual fundraiser to support and hopefully sponsor a child each yr on a wish adventure.

Jim's generosity has helped many people to experience adventures they otherwise would never have been able to enjoy. In some instances a trip of this caliber can help children overcome the illness and put it in remission. For some it is a goal on the horizon that allows them to look past all the pain associated with treatment.

Jim has provided an experience to several children that has provided a dramatic impact in their lives. I certainly do not think he should be sentenced to Jail or disallowed from
being involved in hunting or fishing related activities.

Jim has been a valuable resource us in Safari Wish as both a fundraiser to cover travel expenses and provider of facilities.

Thank you for this opportunity.

James Lakeman
Past President Georgia Chapter SCI- 5 terms
Past Chairman of the Board USSA
Past Chairman of the Boatd Georgians for Outdoor Traditions
Humantarian Services Committee-SCI
Committee Chair Safari Wish
Committee Chair Political Action Committee

A NONPROFIT ORGANIZATION • DEDICATED TO CONSERVING WILDLIFE AND PRESERVING HUNTING

Exhibit 4
Page 2 of 2 Pages