MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JAMES E. JAIRELL   CASE NO. 1:06-CR-00003-02-HRH
Defendant: X Present  X On Bond

BEFORE THE HONORABLE: H. RUSSEL HOLLAND

DEPUTY CLERK/RECORDER: SAMANTHA LARK/CAROLINE EDMISTON

UNITED STATES' ATTORNEY: STEVE SKROCKI

DEFENDANT'S ATTORNEY: KEVIN FITZGERALD

U.S.P.O.: PAMELA SHAW

PROCEEDINGS: IMPOSITION OF SENTENCE  HELD 07/11/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

Court and Counsel Heard Re: Plea Agreement, Presentence Report, adjustments, departures and sentencing memorandum.

Court and Counsel Heard Re: Count 14 to be dismissed at Imposition of Sentence.

Court and Counsel Heard Re: Co-Defendant's case/Sentence.

Court and Counsel Heard Re: Objections to the Fine and Restitution amount and the fair Market Value.

Court and Counsel Heard Re: Defendant's Oral Motion to continue Imposition of Sentence to assess the fair Market Value.

Court rejects Plea Agreement.

Status report to be filed by parties on or before **August 8, 2007.**

Defendant's conditions of release remain as previously set.

At 9:27 a.m. court adjourned.


DATE: July 11, 2007   DEPUTY CLERK'S INITIALS: sal/cme

Revised 6-18-07