NELSON P. COHEN
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
E-mail: steven.skrocki@usdoj.gov

ROBERT S. ANDERSON
Environment and Natural Resources Division
United States Department of Justice

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:06-cr-00003-002 HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STATUS REPORT** |
| vs. | ) | |
| | ) | |
| JAMES E. JAIRELL, | ) | |
| | ) | |
| Defendant. | ) | |

The United States files with the court a status report in the above captioned

case with regard to the issue of the plea agreement and imposition of sentence. In

light of the fact that the hearing before Magistrate Judge Pallenberg did not

materially upset the parties' stipulated guideline agreement, but, at best, reduced

the base offense level by two levels, to a range which still captures the parties'
recommendations, the parties will be requesting that the court impose sentence in
accordance with their agreement.

The United States informs the court that last week Magistrate Judge
Pallenberg presided over a lengthy, day-long hearing with regard to the valuation
of the wildlife at issue in this case.  In his concluding findings, Magistrate Judge
Pallenberg found that the value of the wildlife was certainly more than $1500, and
less than $4,000 per hunt and arrived at a figure somewhere in the $3,000 range.
Both the government and the defendant have accepted these numbers for valuating
game in this particular instance.  Accordingly, given the results of the hearing
before Magistrate Judge Pallenberg in Juneau last week the guideline range for
sentencing Mr. Jairell remains within the parameters established and agreed to by
the parties in the plea agreement.  Given that finding and result, and pursuant to
conversations with defense counsel on August 8, 2007, both the government and
the defendant will be requesting that the court impose sentence in conformity with
the terms agreed to by the parties.   Therefore, the parties will be making the
following sentencing recommendation:

U. S. v Jairell
1:06-cr-00003-002 HRH                    2

The stipulated recommendation is as follows:

**IMPRISONMENT.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7 Months**

**With Three Months Home Confinement**

**RESTITUTION.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$6,000.00**

**FINE.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$10,000.00**

**TERM OF SUPERVISED RELEASE.. .** . . . . . . . . . . . . . . . . . . . . . . **3 YEARS**

**SPECIAL ASSESSMENT.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$200.00**

     Wherefore, the government requests that the court set a date for imposition

of sentence within the next few weeks in order for the defendant to obtain suitable

and cost effective airfare.  In talks with defense counsel there was some mention

of the defendant appearing telephonically.  The government will be opposed to

any such request.  Finally, in terms of calendaring government counsel will be out

//   //


//   //


//   //


U. S. v Jairell
1:06-cr-00003-002 HRH                    3

of the office on leave beginning August 30, returning to the office September 10,

2007.

      RESPECTFULLY SUBMITTED this <u>8th</u> day of August, 2007, at

Anchorage, Alaska.

                   NELSON P. COHEN
                   United States Attorney

                     /s Steven E. Skrocki
                   Steven E. Skrocki
                   Assistant U.S. Attorney
                   222 West 7th Ave., #9, Rm. 253
                   Anchorage, AK 99513-7567
                   Phone: (907) 271-3380
                   Fax: (907) 271-1500
                   E-mail: steven.skrocki@usdoj.gov
                   AK #0108051

**CERTIFICATE OF SERVICE**
I hereby certify that on August 8, 2007,
a copy of the foregoing Status Report of the
United States was served electronically on
Kevin Fitzgerald.

s/ Steven E. Skrocki

U. S. v Jairell
1:06-cr-00003-002 HRH       4