Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Jairell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>               )<br>     Plaintiff,  )<br>               )<br>               )<br>               )<br>               )<br>JAMES E. JAIRELL, )<br>               )<br>     Defendant.  )<br>_____) | No. 1:06-cr-00003-HRH<br><br>**DEFENDANT JAIRELL'S**<br>**STATUS REPORT** |

Comes now defendant, James E. Jairell, by and through counsel of record, and hereby requests that the matter be placed back on the court's calendar for sentencing.[1] Given Mr. Jairell's financial condition, he requests at least two weeks' notice of the re-sentencing date so as to purchase the cheapest airline ticket.

---

[1] For some reason the government wanted to file a separate status report.

USA v. Jairell
No. 1:06-cr-00003-HRH
Status Report

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

Undersigned has a homicide trial scheduled to begin on September 10, and would request the sentencing be rescheduled prior to that date.

Dated at Anchorage, Alaska August 8, 2007.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com


**CERTIFICATE OF SERVICE**

I hereby certify that on 8/8/07,
a copy of the foregoing Status Report
was served electronically on:

Robert S. Anderson, Senior Trial Attorney
Steven Skrocki, AUSA
Wayne D. Hettenbach, Trial Attorney

 s/Kevin T. Fitzgerald
F:\W\3079-1\Pleadings\Defendant Jairell's Status Report.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-HRH
Status Report
Page 2 of 2