IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 1:06-cr-00003-2-HRH |
| ) | |
| Plaintiff,    ) | |
| ) | |
| ) | PROPOSED ORDER-MOTION |
| vs.    ) | TO DISMISS COUNTS 1-5 AND |
| ) | 14 AGAINST DEFENDANT |
| ALAN J. VEYS and    ) | VEYS |
| JAMES E. JAIRELL,    ) | |
| ) | |
| Defendants.    ) | |
| ) | |

On August 23, 2006, the government filed a motion seeking dismissal of counts 1 through 5 and count 14 of the indictment in this case against defendant Veys. Having read and considered the motion,

IT IS HEREBY ORDERED:

that, in light of the plea agreement entered into between the parties, and imposition of sentence thereon, Counts 1 through 5 and 14 of the indictment charged against defendant Veys are hereby dismissed.

DATED: _____    _____
H. Russel Holland
U. S. DISTRICT COURT JUDGE