```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. JAMES E. JAIRELL           CASE NO. 1:06-cr-00003-02-HRH
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:          H. RUSSEL HOLLAND

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES' ATTORNEY:       STEVEN SKROCKI

DEFENDANT'S ATTORNEY:          KEVIN FITZGERALD

U.S.P.O.:                      PAMELA SHAW

PROCEEDINGS: IMPOSITION OF SENTENCE HELD AUGUST 28, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:31 a.m. court convened.

Court and counsel heard re market value and upward adjustment.

At 10:37 a.m. court recessed until 10:45 a.m.

 X  Notice of Appeal form given to defendant.

 X  Court stated findings/reasons pursuant to sentencing
    guidelines.

 X  Imprisonment for a period of 1 month, this term consists of 1
    month on each of Counts 1 and 9, all such terms to run
    concurrently.

 X  Defendant placed on supervised release for a period of  3
    years under the usual terms and conditions with special
    conditions of supervised release as stated in the judgment.
    This term consists of 3 years on each of Counts 1 and 9, all
    such terms to run concurrently.

 X  Fined $ 10,000.00, court recommended that the fine be
    deposited in the Lacy Act Reward Fund.

 X  Special Assessment $ 200.00 , due immediately.

                        CONTINUED ON PAGE 2

DATE:     August 30, 2007          DEPUTY CLERK'S INITIALS:  amk

Revised 6/18/07

```
            CONTINUATION - PAGE 2
          U.S.A. vs. JAMES E. JAIRELL
              1:06-cr-00003-02-HRH
              IMPOSITION OF SENTENCE
                 August 30, 2007
```
---

 X  Restitution $ 6000.00 , to be paid to the State of Alaska.

 X  On motion of the U.S. Attorney, remaining counts 2-8, 10-13, and 14 of the Indictment **DISMISSED.**

 X  Court advised defendant of appeal rights.

 X  Payment coupon given to defendant.

 X  Defendant to surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Officer.

At 11:46 a.m. court adjourned.

DATE:      August 28, 2007          DEPUTY CLERK'S INITIALS:    amk

Revised 6/18/07