Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Jairell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:06-cr-00003-HRH |
| Plaintiff, | ) | |
| JAMES E. JAIRELL, | ) | **MOTION TO PERMIT DEFENDANT TO CONDUCT LIMITED WORK ACTIVITY DURING PERIOD OF HOME CONFINEMENT** |
| Defendant. | ) | |

Comes now defendant, James E. Jairell, by and through counsel, Ingaldson, Maassen & Fitzgerald, P.C., and moves this court for an order allowing limited work activity during his home confinement.

On August 28, 2007, this honorable court imposed Mr. Jairell's sentence. The court imposed one month of actual confinement and five months of home confinement. As part of the special condition of Jairell's home confinement the court ordered that he be restricted to his residence except for "medical needs or treatment, religious services,

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

and court appearances as pre-approved by the probation officer."

At the time of the imposition of sentence, undersigned was unaware that Mr. Jairell's participation in the family's concession business, Chill Out, LLC, would be necessary during his five-month period of home confinement. Undersigned has now been advised that Mr. Jairell's participation in the family's concession business is necessary, and without it the business may not survive. Apart from Mrs. Jairell's employment, the concession business constitutes the only other source of income for Mr. and Mrs. Jairell. Consequently, Mr. Jairell seeks a modification of the special condition concerning his home confinement so that he may participate in the family's concession business on the following days for the following hours:

Schedule:***

| Day | Events | Arrival Time* | Departure Time * | Total Hours |
|---|---|---|---|---|
| | | | | |
| 11-15-07 | Women's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 11-16-07 ** | Football | 2:00 p.m. | 6:00 p.m | 4 |
| 11-17-07 | Football | 9:00 a.m. | 5:00 p.m. | 8 |
| 11-26-07 | Men's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 11-29-07 | Women's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 12-01-07 | Women's BB | 11:00 a.m. | 5:00 p.m. | 6 |
| 12-5-07 | Women's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 12-8-07 | Men's BB | 11:00 a.m. | 5:00 p.m. | 6 |
| 12-17-07 | Women's BB | 4:00 p.m. | 10:00 p.m. | 6 |

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

| | | | | |
|---|---|---|---|---|
| 12-19-07 | Women's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 12-29-07 | Men's BB | 10:30 a.m. | 4:30 p.m. | 6 |
| 12-31-07 | Men's BB | 11:00 a.m. | 5:00 p.m. | 6 |
| 1-5-08 | Men's BB | 1:00 p.m. | 7:00 p.m. | 6 |
| 1-12-08 | Women's BB | 10:00 a.m. | 4:00 p.m. | 6 |
| 1-16-08 | Men's BB | 3:30 p.m. | 9:30 p.m. | 6 |
| 1-19-08 | Women's BB | 11:00 a.m. | 5:00 p.m. | 6 |
| 1-23-08 | Women's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 1-26-08 | Men's BB | 11:00 a.m. | 5:00 p.m. | 6 |
| 1-30-08 | Women's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 2-2-08 | Men's BB | 11:00 a.m. | 5:00 p.m. | 6 |
| 2-6-08 | Men's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 2-10-08 | Women's BB | TBA | TBA | 6 |
| 2-13-08 | Men's BB | 3:30 p.m. | 9:30 p.m. | 6 |
| 2-16-08 | Women's BB | 11:00 a.m. | 5:00 p.m. | 6 |
| 2-19-08 | Men's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 2-23-08 | Men's BB | 11:30 a.m. | 5:30 p.m. | 6 |
| 2-27-08 | Women's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 3-1-08 | Men's BB | 11:00 a.m. | 5:00 p.m. | 6 |
| 3-5-08 | Women's BB | 3:00 p.m. | 9:00 p.m. | 6 |
| Unknown | Women's BB Tournaments if qualify | Unknown | Unknown | Unknown |
| Unknown | Men's BB Tournaments if qualify | Unknown | Unknown | Unknown |

* Arrival time is to set up before gates open, departure time is for clean-up after game.

** Move and set-up two trailers to football stadium before game day.

*** At least one day a week Mr. Jairell needs to "farm" ice from our ice maker, which is located at the basketball arena. This takes approximately two to three hours.

Mr. Jairell seeks permission to be outside the home for the aforementioned periods. The concession business has been previously contracted with the University of Wyoming. If the business is not operated during an

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

event, it faces a penalty. Unfortunately, other family members who might otherwise substitute for Mr. Jairell are unavailable for the time periods described. Mr. Jairell's participation, therefore, is necessary, and without it the business may well fail. The court has already imposed electronic monitoring, or other verification system, so accommodating the request would only necessitate coordinating the details with the probation office.

It is undersigned's understanding that the co-defendant, Alan Veys, has been allowed to work during his period of confinement.

Dated at Anchorage, Alaska November 6, 2007.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant

s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK 99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

**CERTIFICATE OF SERVICE**

I hereby certify that on 11/6/07, a copy of the foregoing Motion was served electronically on:

Robert S. Anderson, Senior Trial Attorney
Steven Skrocki, AUSA
Wayne D. Hettenbach, Trial Attorney

s/Kevin T. Fitzgerald
F:\W\3079-1\Pleadings\Mtn for Work Activity.doc

**INGALDSON, MAASSEN & FITZGERALD, P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751