Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Jairell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA  )
                          )   No. 1:06-cr-00003-HRH
            Plaintiff,    )
                          )   [proposed] **ORDER GRANTING**
                          )   **MOTION TO PERMIT DEFENDANT**
                          )   **TO CONDUCT LIMITED WORK**
JAMES E. JAIRELL,         )   **ACTIVITY DURING PERIOD OF**
                          )   **HOME CONFINEMENT**
            Defendant.    )
_____)

       This matter, having come before the court upon the

defendant's Motion to Permit Defendant to Conduct Limited Work

Activity During Period of Home Confinement, the court having

reviewed any opposition thereto, and being fully advised,

       IT IS ORDERED that during  Mr. Jairell's

participation in the home confinement program he is restricted

to his residence at all times, except for medical needs or

treatment, religious services, court appearances as pre-

approved by the probation officer, and during the periods

described below:

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-
8751

USA v. Jairell
No. 1:06-cr-00003-HRH
Order

Schedule:***

| Day | Events | Arrival Time* | Departure Time * | Total Hours |
|---|---|---|---|---|
|  |  |  |  |  |
| 11-15-07 | Women's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 11-16-07 ** | Football | 2:00 p.m. | 6:00 p.m | 4 |
| 11-17-07 | Football | 9:00 a.m. | 5:00 p.m. | 8 |
| 11-26-07 | Men's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 11-29-07 | Women's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 12-01-07 | Women's BB | 11:00 a.m. | 5:00 p.m. | 6 |
| 12-5-07 | Women's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 12-8-07 | Men's BB | 11:00 a.m. | 5:00 p.m. | 6 |
| 12-17-07 | Women's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 12-19-07 | Women's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 12-29-07 | Men's BB | 10:30 a.m. | 4:30 p.m. | 6 |
| 12-31-07 | Men's BB | 11:00 a.m. | 5:00 p.m. | 6 |
| 1-5-08 | Men's BB | 1:00 p.m. | 7:00 p.m. | 6 |
| 1-12-08 | Women's BB | 10:00 a.m. | 4:00 p.m. | 6 |
| 1-16-08 | Men's BB | 3:30 p.m. | 9:30 p.m. | 6 |
| 1-19-08 | Women's BB | 11:00 a.m. | 5:00 p.m. | 6 |
| 1-23-08 | Women's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 1-26-08 | Men's BB | 11:00 a.m. | 5:00 p.m. | 6 |
| 1-30-08 | Women's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 2-2-08 | Men's BB | 11:00 a.m. | 5:00 p.m. | 6 |
| 2-6-08 | Men's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 2-10-08 | Women's BB | TBA | TBA | 6 |
| 2-13-08 | Men's BB | 3:30 p.m. | 9:30 p.m. | 6 |
| 2-16-08 | Women's BB | 11:00 a.m. | 5:00 p.m. | 6 |
| 2-19-08 | Men's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 2-23-08 | Men's BB | 11:30 a.m. | 5:30 p.m. | 6 |
| 2-27-08 | Women's BB | 4:00 p.m. | 10:00 p.m. | 6 |
| 3-1-08 | Men's BB | 11:00 a.m. | 5:00 p.m. | 6 |
| 3-5-08 | Women's BB | 3:00 p.m. | 9:00 p.m. | 6 |
| Unknown | Women's BB Tournaments if qualify | Unknown | Unknown | Unknown |
| Unknown | Men's BB Tournaments if qualify | Unknown | Unknown | Unknown |

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

*  Arrival time is to set up before gates open, departure time is for clean-up after game.

USA v. Jairell
No. 1:06-cr-00003-HRH
Order

\*\* Move and set-up two trailers to football stadium before game day.

\*\*\*  At least one day a week Mr. Jairell needs to "farm" ice from our ice maker, which is located at the basketball arena. This takes approximately two to three hours.

DATED:_____

_____
H. RUSSEL HOLLAND
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on 11/6/07,
a copy of the foregoing Order
was served electronically on:

Robert S. Anderson, Senior Trial Attorney
Steven Skrocki, AUSA
Wayne D. Hettenbach, Trial Attorney

 s/Kevin T. Fitzgerald_____
F:\W\3079-1\Pleadings\Order for Work Activity.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-
8751

USA v. Jairell
No. 1:06-cr-00003-HRH
Order