Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Jairell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 1:06-cr-00003-HRH |
| Plaintiff, | ) | |
| | ) | |
| | ) | **AFFIDAVIT OF** |
| | ) | **KEVIN T. FITZGERALD** |
| JAMES E. JAIRELL, | ) | |
| | ) | |
| Defendant. | ) | |

STATE OF ALASKA         )
                        )ss.
THIRD JUDICIAL DISTRICT )

KEVIN T. FITZGERALD, being first duly sworn, deposes and states as follows:

1. I am counsel of record for the defendant in the above-captioned action.

2. The facts set forth in the Motion to Permit Defendant to Conduct Limited Work Activity During Period of

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-HRH
Affidavit

Home Confinement are true and correct to the best of my

information and belief.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KEVIN T. FITZGERALD

SUBSCRIBED AND SWORN to before me this 6th day of November, 2007.

_____
Notary Public for Alaska
My Commission Expires: 10/24/11

**CERTIFICATE OF SERVICE**

I hereby certify that on 11/6/07,
a copy of the foregoing Affidavit
was served electronically on:

Robert S. Anderson, Senior Trial Attorney
Steven Skrocki, AUSA
Wayne D. Hettenbach, Trial Attorney

 s/Kevin T. Fitzgerald
F:\W\3079-1\Pleadings\Affidavit re Work Conditions.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-HRH
Affidavit