## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES     v.     JAMES E. JAIRELL

THE HONORABLE H. RUSSEL HOLLAND     CASE NO.  1:06-cr-0003-HRH

Deputy Clerk     Official Recorder

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

Defendant James Jairell has filed a motion to permit limited work activity during the period of home confinement.  (Docket No. 157.)  The Government's response to said motion will please be served and filed by noon on November 13, 2007.

The Probation Service will please advise the court of its position concerning defendant's motion by noon on November 13, 2007.