NELSON P. COHEN
United States Attorney

ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:06-cr-00003-02-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S** |
| | ) | **NON-OPPOSITION TO** |
| vs. | ) | **DEFENDANT JAIRELL'S** |
| | ) | **MOTION TO PERMIT** |
| ALAN J. VEYS and | ) | **DEFENDANT TO CONDUCT** |
| JAMES E. JAIRELL, | ) | **LIMITED WORK ACTIVITY** |
| | ) | **DURING PERIOD OF HOME** |
| Defendants. | ) | **CONFINEMENT** |
| | ) | |

The United States files with the court a Non-Opposition to Defendant Jairell's

Motion to Modify the Terms of his Home Confinement.  In light of the fact that the

United States Probation officer in the defendant's home district is not opposed to the modification and, inasmuch as that office is probably the best gauge of the circumstances surrounding Mr. Jairell's domestic situation in his home state, the government will not stand in the way of this request.

RESPECTFULLY SUBMITTED this 9th day of November, 2007.

    s/ Robert S. Anderson
ROBERT S. ANDERSON
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
Phone: (406) 829-3322
Fax: (406) 542-1476
Email: robert.anderson8@usdoj.gov

    s/ Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
#0108051

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2007
a copy of the foregoing GOVERNMENT'S
NON-OPPOSITION TO DEFENDANT JAIRELL'S
MOTION TO PERMIT DEFENDANT TO CONDUCT
LIMITED WORK ACTIVITY DURING PERIOD OF
HOME CONFINEMENT was served electronically
on: Brent R. Cole, Allen F. Clendaniel,
and Kevin Fitzgerald.


s/ Steven E. Skrocki