IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>    vs.                           )<br>                                  )<br> JAMES E. JAIRELL,                )<br>                                  )     No. 1:06-cr-0003-HRH<br>            Defendant.            )<br>_____) | |

<u>O R D E R</u>

<u>Granting Motion to Conduct Limited Work Activity</u>

Defendant moves for an order permitting defendant James Jairell to conduct limited work activity during his period of home confinement. (Docket No. 157.) The court has received the plaintiff's and the Probation Service's non-opposition thereto.

IT IS ORDERED that during Mr. Jairell's participation in the home confinement program he is restricted to his residence at all times except for medical needs or treatment, religious services, court appearances as pre-approved by the probation officer, and during the period of participation in a family concession business on a schedule to be developed by defendant Jairell and his probation officer.

DATED at Phoenix, Arizona, this <u>13th</u> day of November, 2007.

/s/ H. Russel Holland
United States District Judge

- 1 -