| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:06-cr-0003 HRH |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: James E. Jairell District of Wyoming | DISTRICT DISTRICT OF ALASKA | DIVISION Anchorage |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable H. Russel Holland Senior U.S. District Court Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM November 13, 2007 — TO November 12, 2010 |

**RECEIVED JAN 2 4 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.**

OFFENSE

Conspiracy, False Statement Concerning Wildlife

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/28/07
Date

REDACTED SIGNATURE
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF WYOMING</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Jan 15, 2008
Effective Date

REDACTED SIGNATURE
United States District Judge