Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Jairell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:06-cr-00003-HRH |
| Plaintiff, ) | |
| ) | **MOTION FOR RETURN OF PASSPORT** |
| JAMES E. JAIRELL, ) | |
| Defendant. ) | |

Comes now defendant, James E. Jairell, by and through counsel, Ingaldson, Maassen & Fitzgerald, P.C., and moves this court for an order directing the return of his U.S. Passport, which was taken and is held by the Clerk of Court for the District of Alaska at Juneau. The basis for this request is that Mr. Jairell has been sentenced and is currently on probation. This motion is unopposed by

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-HRH
Motion

Page 1 of 2

Probation Officer Paula McCormick of the U.S. Probation and Pretrial Services in Anchorage.

Dated at Anchorage, Alaska March 19, 2008.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Attorneys for Defendant

s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 3/19/08,
a copy of the foregoing Motion was served
electronically on:

Robert S. Anderson, Senior Trial Attorney
Steven Skrocki, AUSA
Wayne D. Hettenbach, Trial Attorney

 s/Kevin T. Fitzgerald
F:\W\3079-1\Pleadings\Mtn for Return of Passport.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-HRH
Motion