Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Attorneys for Defendant Jairell

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 1:06-cr-00003-HRH |
|---|---|
| Plaintiff, | ) [proposed] **ORDER GRANTING MOTION FOR RETURN OF PASSPORT** |
| JAMES E. JAIRELL, | ) |
| Defendant. | ) |

This matter, having come before the court upon the defendant's Motion for Return of Passport, and the court being fully advised,

IT IS ORDERED that Mr. Jairell's U.S. Passport being held by the Clerk of Court for the District of Alaska at Juneau, shall immediately be returned to him at

_____

_____.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

DATED: _____

_____
H. RUSSEL HOLLAND
U.S. District Court Judge


**CERTIFICATE OF SERVICE**

I hereby certify that on 3/19/08,
a copy of the foregoing proposed Order
was served electronically on:

Robert S. Anderson, Senior Trial Attorney
Steven Skrocki, AUSA
Wayne D. Hettenbach, Trial Attorney

 s/Kevin T. Fitzgerald
F:\W\3079-1\Pleadings\[proposed] Order For Return of Passport.doc

**INGALDSON,
MAASSEN &
FITZGERALD,
P.C.**
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Jairell
No. 1:06-cr-00003-HRH
Order