IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,           )
                                    )
                 Plaintiff,         )
      vs.                           )
                                    )
ALAN J. VEYS (D-01) and             )
JAMES E. JAIRELL (D-02)             )
                                    )
                 Defendants.        )
_____)
                                    )   No. 1:06-cr-0003-HRH
This Order Pertains to:             )
                                    )
JAMES E. JAIRELL (D-02)             )
_____)
```

O R D E R

Granting Motion for Return of Passport

This matter, having come before the court upon defendant's Motion for Return of Passport,[1] and the court being fully advised,

IT IS ORDERED that Mr. Jairell's U.S. Passport, being held by the Clerk of Court for the District of Alaska at Juneau, Alaska, shall immediately be returned to defendant Jairell in care of defendant's counsel:

> Kevin T. Fitzgerald
> Ingaldson Maassen & Fitzgerald
> 813 W 3rd Avenue
> Anchorage, Alaska 99501

DATED at Anchorage, Alaska, this <u>11th</u> day of April, 2008.

/s/H. Russel Holland
United States District Judge

---

[1] Docket No. 167.